IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JUAN BELLO, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 9:23-CV-00227 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| CONVERGENT OUTSOURCING, INC. AND EXPERIAN INFORMATION SOLUTIONS, INC., | § § § | |
| | § | |
| *Defendants.* | § | |

## ORDER DISMISSING CLAIMS WITHOUT PREJUDICE
## AS TO DEFENDANT CONVERGENT OUTSOURCING, INC.

Before the Court is Plaintiff Juan Bello and Defendant Convergent Outsourcing, Inc. ("Convergent")'s Joint Stipulation of Dismissal Without Prejudice. [Dkt. 10]. Plaintiff and Convergent seek a dismissal without prejudice as to any claims that were raised or that could have been raised in this action against Convergent.

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** as to Defendant Convergent Outsourcing, Inc., with each of these Parties bearing their own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines as they relate to Convergent are hereby **VACATED**, and all pending motions filed by or against Convergent are hereby **DENIED AS MOOT**.

**SIGNED this 26th day of February, 2024.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge