IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JUAN BELLO, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 9:23-CV-00227 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| EXPERIAN INFORMATION SOLUTIONS, INC., | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

## ORDER DISMISSING CLAIMS WITH PREJUDICE

Before the Court is Plaintiff Juan Bello and Defendant Experian Information Solutions, Inc. ("Experian")'s Notice of Voluntary Dismissal. [Dkt. 12]. Plaintiff and Experian seek a dismissal of all remaining claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

It is therefore **ORDERED** that all remaining claims in this case are **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorney's fees and costs.

It is further **ORDERED** that all further Court dates and deadlines in this matter are hereby **VACATED**, and all remaining pending motions filed herein are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this matter.

**SIGNED this 11th day of March, 2024.**

Michael J. Truncale
United States District Judge